NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GATEWAY RADIOLOGY
CONSULTANTS, P.A., a Florida
Corporation,

   Appellant,

v.

PHILIPS MEDICAL CAPITAL, LLC, a,
Foreign Limited Liability Company,

   Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-787

Opinion filed March 1, 2019

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Maury L. Udell, Miami, for Appellant.

Michelle M. Gervias of Blank Rome LLP,
Tampa, for Appellee.

PER CURIAM.

   Affirmed.

CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.